No. D–2140. IN RE DISBARMENT OF MOORE. Franklin Keith Payne Moore, of Puerto Vallarta, Mexico, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2141. IN RE DISBARMENT OF MCGILL. Michael E. McGill, of Toledo, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2142. IN RE DISBARMENT OF GLAZER. Jack D. Glazer, of Lindenhurst, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2143. IN RE DISBARMENT OF SPINA. Nicholas M. Spina, of Melrose Park, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2144. IN RE DISBARMENT OF BERMAN. John R. Berman, of Waltham, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2145. IN RE DISBARMENT OF MAININI. Alfred J. Mainini, of Framingham, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.